**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01656-CR

**SHENEQUA LICOLE BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1259385-U**

## ORDER

Appellant's May 23, 2013 motion to extend the time to file appellant's brief is **GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE